No. 65747.—The May Department Stores and Frank P. Dow Co., Inc., et al. v. United States, protests 58/305, etc. (Los Angeles).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brushes similar in all material respects to those the

subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.